JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN S. LUNA,<br><br>        Plaintiff,<br><br>   vs.<br><br>KEMIRA SPECIALTY, INC., a New Jersey corporation, formerly known as TRI-K INDUSTRIES, INC.; and DOES 1 through 10, inclusive,<br><br>        Defendant. | CASE NO. CV 08-04908 MMM (JCx)<br><br>JUDGMENT FOR DEFENDANT |

       Defendant Kemira Specialty, Inc. filed a motion to stay the case pursuant to 9 U.S.C. § 3, or alternatively, to dismiss, or transfer venue pursuant to 28 U.S.C. § 1404. The court determined that the matter was appropriate for decision without oral argument under Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15. The court having reviewed the briefs submitted by the parties,

       IT IS ORDERED AND ADJUDGED that

       1.    Defendant's motion to dismiss for failure to state a claim is granted; and

       2.    The action is dismissed without prejudice in favor of the pending arbitration between the parties.

DATED: September 11, 2008

                                              MARGARET M. MORROW
                                              UNITED STATES DISTRICT JUDGE